# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

EDWIN RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0602

———————————————

December 12, 2025

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen PA, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.